IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>QILIN WU<br>[DOB: 03/01/1989],<br><br>                  Defendant. | Case No. 26-00050-01-CR-W-JAM<br><br>***Unlawful Photographing of Defense Installation Without Authorization***<br>18 U.S.C. § 795<br>NMT 1 Year Imprisonment<br>NMT $100,000 Fine<br>NMT 1 Year Supervised Release<br>Class A Misdemeanor<br>$25 Mandatory Special Assessment |

## <u>I N F O R M A T I O N</u>

<u>THE UNITED STATES ATTORNEY CHARGES THAT</u>:

Between on or about December 2, 2025 and December 3, 2025, in the Western District of Missouri, the defendant, **QILIN WU**, knowingly and intentionally photographed and took video footage of a vital military installation and equipment which were classified, designated, and marked under the authority and at the direction of the President as restricted, and which were located within a military reservation, base, airfield, station and district, pursuant to Executive Order No. 10104, without first obtaining permission of the commanding officer, to include: a video of a Northrop B-2 Spirit aircraft taking off from Whiteman Air Force Base ("WAFB"); a photograph of the eastern perimeter fence line of WAFB near the Weapons Storage Area ("WSA"); a video of the southeast side of WAFB; several photographs depicting Arnold Gate and a B-52 static display on the north side of WAFB, to include an image of the security fence that obscures the B-2 hangars inside the base perimeter; a photograph of the security fence on the South end of the runway that also depicts the instrument landing system; a photograph that appears to depict B-2 navigation and anti-collision lights; and a photograph of the LeMay

commercial vehicle gate, an access point at WAFB, capturing the fence line of the base housing along the roadway, all in violation of Title 18, United States Code, Section 795.

                          R. Matthew Price
                          United States Attorney

By   */s/ William A. Alford III*

                          William A. Alford III
                          Assistant United States Attorney
                          Charles Evans Whittaker Courthouse
                          400 East Ninth Street, Suite 5510
                          Kansas City, Missouri 64106
                          Telephone: (816) 426-3122

Dated: February 5, 2026