**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

UNITED STATES OF AMERICA,

              Plaintiff,

    v.

QILIN WU,

              Defendant.

Criminal No. 26-00050-01-CR-W-JAM
Complaint No. 26-MJ-00001-JAM

## <u>MOTION TO DISMISS COMPLAINT</u>

Comes now William A. Alford III, Assistant United States Attorney, and moves the Court

to dismiss the complaint filed on January 6, 2026, before United States Magistrate Judge Jill A.

Morris, at Kansas City, Missouri, charging the defendant, QILIN WU, with unlawful

photographing of a defense installation without authorization, contrary to Title 18, United States

Code, Section 795.

           Respectfully submitted,

           R. Matthew Price
           United States Attorney

By:      */s/ William A. Alford III*

           William A. Alford III
           Assistant United States Attorney
           Violent Crime & Drug Trafficking Unit
           Charles Evans Whittaker Courthouse
           400 East Ninth Street, Suite 5510
           Kansas City, Missouri 64106
           Telephone: (816) 426-3122

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was delivered on February 17, 2026 to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

/s/ *William A. Alford III*
William A. Alford III
Assistant United States Attorney

2