**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 26-00050-01-CR-W-JAM |
| | ) Crim. Complaint No.: 25-mj-00001-01-JAM |
| QILIN WU | ) |
| | ) |
| Defendant. | ) |

## <u>ORDER</u>

Upon application of the Assistant United States Attorney William A. Alford, III, for the

Western District of Missouri, and with an information having been filed, it is hereby **ORDERED**

that the motion to dismiss the criminal complaint is granted.

Dated: <u>2/18/2026</u>　　　　　　　　　　　　　　*/s/Jill A. Morris*　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　HONORABLE JILL A. MORRIS
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge